# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

Reissued for Public Availability Date: October 7, 2025

* * * * * * * * * * * * * * * * * * * * * * * *
| | |
|---|---|
| FAITH ELIZABETH NEARY, | |
| Petitioner, | No. 24-1415V |
| | Special Master Christian J. Moran |
| v. | |
| | Filed: July 22, 2025 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS[1][2]

On July 11, 2025, petitioner moved for voluntary dismissal under Vaccine Rule 21(a). Respondent does not oppose petitioner's motion for voluntary dismissal.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master

---

[1] Because this Order contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). This means the Decision will be available to anyone with access to the internet. In accordance with Vaccine Rule 18(b), the parties have 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. Any changes will appear in the document posted on the website.

[2] Pursuant to Vaccine Rule 18(b), this Order was initially filed on July 22, 2025 and the parties were afforded 14 days to propose redactions. The parties did not propose any redactions. Accordingly, this Order and Decision is reissued in its original form for posting on the Court's website.